Matter of Amiyah G.G. (Ariel E.G.) (2025 NY Slip Op 01493)

Matter of Amiyah G.G. (Ariel E.G.)

2025 NY Slip Op 01493

Decided on March 14, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on March 14, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: WHALEN, P.J., BANNISTER, OGDEN, NOWAK, AND KEANE, JJ.

148 CAF 23-01149

[*1]IN THE MATTER OF AMIYAH G.G. AND HUNTER G.G.  ALLEGANY COUNTY DEPARTMENT OF SOCIAL SERVICES, PETITIONER-RESPONDENT;
and
ARIEL E.G., RESPONDENT-APPELLANT, AND JOHN E.G., RESPONDENT.  IN THE MATTER OF DORIS A.E. AND TIMOTHY D.C., PETITIONERS-RESPONDENTS, 
 ARIEL E.G., RESPONDENT-APPELLANT, JOHN E.G. AND ALLEGANY COUNTY DEPARTMENT OF SOCIAL SERVICES, RESPONDENTS-RESPONDENTS. - IN THE MATTER OF DORIS A.E. AND TIMOTHY D.C., PETITIONERS-RESPONDENTS, 
 ARIEL E.G., RESPONDENT-APPELLANT, AND JOHN E.G., RESPONDENT-RESPONDENT. (APPEAL NO. 1.) 

THOMAS L. PELYCH, HORNELL, FOR RESPONDENT-APPELLANT.
ALLISON B. CARROW, COUNTY ATTORNEY, BELMONT, FOR PETITIONER-RESPONDENT AND RESPONDENT-RESPONDENT ALLEGANY COUNTY DEPARTMENT OF SOCIAL SERVICES.
MARY ANNE CONNELL, BUFFALO, ATTORNEY FOR THE CHILDREN.

 Appeal from an order of the Family Court, Allegany County (Thomas P. Brown, J.), dated May 24, 2023, in proceedings pursuant to Family Court Act articles 6 and 10. The order continued the placement of the subject children in foster care and denied the petition of petitioners Doris A.E. and Timothy D.C. seeking custody of the subject children. 
It is hereby ORDERED that said appeal is unanimously dismissed without costs.
Memorandum: In appeal No. 1, respondent mother appeals from a dispositional order that, among other things, denied the petition of the paternal grandparents seeking custody of the subject children. In appeal No. 2., the mother and respondent father appeal from a dispositional order that, inter alia, continued the children's placement with their foster parents. Because the parents subsequently judicially surrendered the subject children and those children were thereafter adopted by their foster parents, we dismiss these appeals as moot (see Matter of Mirely M. v Wilbert L., 221 AD3d 1227, 1228-1229 [3d Dept 2023]; see generally Matter of Michael B., 80 NY2d 299, 317 [1992]).
Entered: March 14, 2025
Ann Dillon Flynn
Clerk of the Court